UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAWRENCE LANDOR** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 14-1610** |
| **CPT. JAMES NOBLE** | **SECTION: "G"(5)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the Petitioner, Lawrence Landor's petition for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

**NEW ORLEANS, LOUISIANA**, this __30th__ day of September, 2015.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**